FILED
2012 JUN -4 AM 11:18

CLERK US...
SOUTHERN DIST...

BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MARGOT PATINO,<br><br>　　　　Defendant. | Case No. 11CR0456-MMA<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE THE BOND, AND PASSPORT BE RELEASED BY PRETRIAL IF HELD |

Upon oral motion of the UNITED STATES OF AMERICA on January 31, 2012, and good cause appearing,

IT IS HEREBY ORDERED that the information in the above entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

IT IS SO ORDERED.

DATED: 6/1/12

_____
HONORABLE CATHY ANN BENCIVENGO
United States District Judge